McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:08-cv-00989-JAM-KJM |
| ) | |
| Plaintiff, ) | APPLICATION AND ORDER FOR |
| ) | PUBLICATION |
| v. ) | |
| ) | |
| REAL PROPERTY LOCATED AT 2275 ) | |
| ATRISCO CIRCLE, SACRAMENTO, ) | |
| CALIFORNIA, SACRAMENTO COUNTY, ) | |
| APN: 225-0883-026-0000, ) | |
| INCLUDING ALL APPURTENANCES ) | |
| AND IMPROVEMENTS THERETO, ) | |
| ) | |
| Defendant. ) | |
| ) | |

   The United States of America, Plaintiff herein, applies for an order of publication as follows:

   1.   Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action and arrest to be given in a newspaper of general circulation, designated by order of the Court;

   2.   Local Rule 83-171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper for publication;

1

1         3.   The defendant real property is located in the city of
2    Sacramento, in Sacramento County, California;
3         4.   Plaintiff proposes that publication be made as follows:
4              a.   Four publications;
5              b.   In the following newspaper, a legal newspaper of
6    general circulation, located in the county in which the defendant
7    real property is located: <u>The Daily Recorder</u>;
8              c.   The publication to include the following:
9                   (1)  The Court, title and number of the action;
10                  (2)  The date of posting of the real property;
11                  (3)  The identity and/or description of the real
12   property posted;
13                  (4)  The name, address, and telephone number of
14   the attorney for the Plaintiff;
15                  (5)  A statement that claims of persons entitled
16   to possession or claiming an interest pursuant to Supplemental
17   Rule G(5) must be filed with the Clerk and served on the attorney
18   for the Plaintiff within 30 days after the date of publication;
19                  (6)  A statement that answers to the Complaint or
20   a motion under Rule 12 of the Federal Rules of Civil Procedure
21   ("Fed. R. Civ. P.")  must be filed and served within 20 days
22   after the filing of the claims and, in the absence thereof,
23   default may be entered and condemnation ordered;
24                  (7)  A statement that applications for
25   intervention under Fed. R. Civ. P., Rule 24 by persons claiming
26   maritime liens or other interests shall be filed within the 30
27   days allowed for claims for possession; and
28   ///

1          (8)  The name, address, and telephone number of
2  the U.S. Marshal and/or Department of Treasury.
3  Dated: <u>May 6, 2008</u>        McGREGOR W. SCOTT
                                   United States Attorney

                                 /s/ Kristin S. Door
                                KRISTIN S. DOOR
                                Assistant U.S. Attorney

                              **ORDER**

    **IT IS SO ORDERED.**

Dated:  May 8, 2008.

                                _____
                                U.S. MAGISTRATE JUDGE