1 | McGREGOR W. SCOTT
United States Attorney
2 | KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916)554-2723

5 | Attorneys for Plaintiff
United States of America

6

7

8 |                    IN THE UNITED STATES DISTRICT COURT

9 |              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          )   2:08-CV-00989-LKK/DAD
                                       )
12 |          Plaintiff,               )   STIPULATION FOR STAY OF
                                       )   FURTHER PROCEEDINGS AND
13 |     v.                            )   ORDER THEREON
                                       )
14 | REAL PROPERTY LOCATED AT          )
2275 ATRISCO CIRCLE, SACRAMENTO,)
15 | CALIFORNIA, SACRAMENTO COUNTY,    )
APN: 225-0883-026-0000,                )   DATE: September 2, 2008
16 | INCLUDING ALL APPURTENANCES       )   TIME: 10:30 a.m.
AND IMPROVEMENTS THERETO,              )   CHAMBERS/COURTROOM: 4
17 |                                   )
          Defendant.                   )
18 |                                   )
UNITED STATES OF AMERICA,              )   2:08-CV-00990-LKK/DAD
19 |                                   )
          Plaintiff,                   )
20 |                                   )
     v.                                )
21 |                                   )
REAL PROPERTY LOCATED AT               )
22 | 5960 14TH AVENUE, SACRAMENTO,     )
CALIFORNIA, SACRAMENTO COUNTY,         )
23 | APN: 021-0051-009-0000,           )
INCLUDING ALL APPURTENANCES            )
24 | AND IMPROVEMENTS THERETO,         )
                                       )
25 |          Defendant.               )
                                       )

26

27

28

                                 1

```
 1  UNITED STATES OF AMERICA,           )   2:08-CV-00991-LKK/DAD
                                        )
 2              Plaintiff,              )
                                        )
 3        v.                            )
                                        )
 4  REAL PROPERTY LOCATED AT            )
    4201 CAMERON ROAD, CAMERON PARK,)
 5  CALIFORNIA, EL DORADO COUNTY,       )
    APN: 109-151-26-100,                )
 6  INCLUDING ALL APPURTENANCES         )
    AND IMPROVEMENTS THERETO,           )
 7              Defendant.              )
    _____)
 8  UNITED STATES OF AMERICA,           )   2:08-CV-00992-LKK/DAD
                                        )
 9              Plaintiff,              )
                                        )
10        v.                            )
                                        )
11  REAL PROPERTY LOCATED AT 2840       )
    STROLLING HILLS ROAD, CAMERON       )
12  PARK, CALIFORNIA, EL DORADO         )
    COUNTY, APN: 109-151-30-100,        )
13  INCLUDING ALL APPURTENANCES         )
    AND IMPROVEMENTS THERETO,           )
14                                      )
                Defendant.              )
15  _____)
    UNITED STATES OF AMERICA,           )   2:08-CV-00987-LKK/DAD
16                                      )
                Plaintiff,              )
17                                      )
          v.                            )
18                                      )
    REAL PROPERTY LOCATED AT 1629       )
19  CITRUS STREET, WEST SACRAMENTO,  )
    CALIFORNIA, YOLO COUNTY,            )
20  APN: 014-460-16, INCLUDING          )
    ALL APPURTENANCES AND               )
21  IMPROVEMENTS THERETO,               )
                                        )
22              Defendant.              )
    _____)
23  UNITED STATES OF AMERICA,           )   2:08-CR-00212-LKK
                                        )
24              Plaintiff,              )
                                        )
25        v.                            )
                                        )
26  MIGUEL EDWARDO VASQUEZ, JR.,        )
    et al.,                             )
27                                      )
                Defendants.             )
28  _____)
```

1    Plaintiff United States of America and claimants/owners

2 Miguel Vasquez, Frank Blue, Margaret Chavez-Blue, and

3 lienholders/claimants First Mortgage Corporation (Citrus Street

4 and Strolling Hills), IndyMac Bank, F.S.B. (Atrisco Circle),

5 Wachovia Mortgage, F.S.B. (Cameron Road), [hereafter

6 "Claimants"], by and through their respective counsel, hereby

7 stipulate that a stay is necessary in the above-entitled action,

8 and request that the Court enter an order staying all further

9 proceedings pending the outcome of a related criminal case.

10    1.    The above-listed claimants have each filed a claim to

11 protect their respective interests in the real properties listed

12 above.  Claimant Miguel Vasquez is currently a co-defendant in

13 U.S. v. Miguel Vasquez, et al., 2:08-CR-00212 LKK.  No other

14 parties other than the parties to this stipulation have filed a

15 claim in this forfeiture action.

16    2.    Pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2) and 21

17 U.S.C. § 881(i) the parties seek a stay of discovery in this

18 case.  The United States contends that the defendant real

19 properties were purchased with funds traceable to drug

20 trafficking and are forfeitable under federal laws permitting the

21 forfeiture of property involved in federal money laundering

22 violations and drug trafficking violations.

23    3.    If discovery proceeds, claimants Miguel Vasquez, Frank

24 Blue, and Margaret Chavez-Blue would be placed in the difficult

25 position of either invoking each claimant's Fifth Amendment right

26 against self-incrimination and losing the ability to pursue his

27 or her claim to the defendant property, or waiving their Fifth

28 Amendment right and submitting to a deposition and potentially

3

1 incriminating themselves in the pending criminal matter.  If

2 claimants invoke their Fifth Amendment rights, the United States

3 will be deprived of the ability to explore the factual basis for

4 the claims they filed.

5       4.    In addition, claimants intends to depose the law

6 enforcement officers involved in the investigation that led to

7 the pending criminal case.   Allowing depositions of the law

8 enforcement investigators involved in the Vasquez investigation

9 and prosecution would adversely affect the ability of the

10 government to properly prosecute the Vasquez case.

11       5.    Accordingly, the parties recognize that proceeding with

12 this action at this time has potential adverse affects on the

13 prosecution of the related-criminal case and/or upon claimants'

14 ability to prove their claim that the defendant real property was

15 purchased with legitimate funds.   For these reasons, the parties

16 jointly request that this matter be stayed until the conclusion

17 of the criminal case.

18       6.    By entering into this stay, the plaintiff and

19 lienholder claimants do not intend to waive any rights they have

20 pursuant to Rule G(7)(b) of the Supplemental Rules for Admiralty

21 or Maritime Claims and Asset Forfeiture Actions to seek an

22 interlocutory sale order if the underlying mortgage on any of the

23 properties is in default or for other good cause shown.

24

25 Dated: August 15, 2008          McGREGOR W. SCOTT
                                   United States Attorney
26

27                                 /s/ Kristin S. Door
                                   Assistant U.S. Attorney
28

```
 1  Dated: August 18, 2008         MOSS & LOCKE

 2

 3                            By    /s/ Bruce Locke
                                    BRUCE LOCKE
 4                                  Attorney for Claimant
                                    Miguel Vasquez
 5

 6  Dated: August 18, 2008
                                    /s/ Christopher Haydn-Myer
 7                                  CHRISTOPHER HAYDN-MYER
                                    Attorney for Claimants
 8                                  Frank Blue and
                                    Margaret Chavez-Blue
 9

10

11  Dated: August 18, 2008
                                    /s/ Christopher Haydn-Myer for
12                                  ROBERT PETERS
                                    Attorney for Claimants
13                                  Frank Blue and
                                    Margaret Chavez-Blue
14

15

16  Dated: August 15, 2008         LA FOLLETTE, JOHNSON, DE HAAS,
                                    FESLER & AMES
17

18
                              By    /s/ John R. Haluck
19                                  JOHN R. HALLUCK
                                    Attorneys for claimant
20                                  First Mortgage Corporation

21

22  Dated: August 18, 2008         ALLEN MATKINS LECK GAMBLE
                                    MALLORY & NATSIS LLP
23

24
                              By    /s/ Timothy B. McGinity
25                                  TIMOTHY B. MCGINITY
                                    Attorneys for claimant
26                                  IndyMac Bank, F.S.B.

27  ///

28  ///
```

1 | Dated: August 15, 2008          PITE DUNCAN, LLP

2

3                                By     /s/ Laurel I. Handley
                                       LAUREL I. HANDLEY
4                                      Attorneys for claimant
                                       Wachovia Mortgage, F.S.B.
5

6                                      (All signatures obtained by
                                          Attorney)
7

8                                      **ORDER**

9  IT IS SO ORDERED.

10 Dated: August 19, 2008.

11

12

13                                     LAWRENCE K. KARLTON
14                                     SENIOR JUDGE
                                       UNITED STATES DISTRICT COURT
15

16

17

18

19

20

21

22

23

24

25

26

27

28