1  JOHN BALAZS, Bar #157287
   Attorney At Law
2  916 2nd Street, 2nd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-9299
   John@Balazslaw.com
4
   Attorney for Claimant
5  Margaret Chavez-Blue

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,     ) No. CIV 08-989-LKK-DAD
                                   )
12 |         Plaintiff,             ) **SUBSTITUTION OF COUNSEL FOR**
                                   ) **CLAIMANT MARGARET CHAVEZ-**
13 |     v.                        ) **BLUE AND ORDER**
                                   )
14 | REAL PROPERTY LOCATED AT      )
   | 2275 ATRISCO CIRCLE, CA,      )
15 |                               )
   |         Defendant.            )
16 | _____)

17         Claimant Margaret Chavez-Blue, through counsel, hereby moves to substitute

18 counsel John Balazs as appointed counsel in place of attorney Robert Peters, who passed

19 away.  Mr. Peters had been appointed to represent Ms. Chavez-Blue.  The Federal

20 Defender's Office has contacted undersigned counsel John Balazs to represent Ms.

21 Chavez-Blue in this action.

22         Ms. Chavez-Blue has been informed of and consents to this substitution.

23                                         Respectfully submitted

24

25     Dated:  June 23, 2009

26                                         /s/ John Balazs
                                           JOHN BALAZS
27                                         Attorney Seeking Appointment

28

## **ORDER**

IT IS SO ORDERED.

Dated: June 24, 2009

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT