BENJAMIN B. WAGNER
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:08-CV-00989 LKK/DAD |
| | ) | |
| Plaintiff, | ) | STIPULATION FOR DISMISSAL |
| | ) | WITH PREJUDICE AND ORDER |
| v. | ) | CERTIFICATE |
| | ) | OF REASONABLE CAUSE |
| REAL PROPERTY LOCATED AT | ) | |
| 2275 ATRISCO CIRCLE, SACRAMENTO, | ) | |
| CALIFORNIA, SACRAMENTO COUNTY, | ) | |
| APN: 225-0883-026-0000, | ) | |
| INCLUDING ALL APPURTENANCES | ) | |
| AND IMPROVEMENTS THERETO, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff United States of America, and claimants Frank W. Blue, Jr., Margaret Chavez-Blue, and OneWest Bank, F.S.B., appearing through undersigned counsel, hereby agree and stipulate as follows:

1.   The pending action shall be dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

2.   The parties are to bear their own costs and attorney fees.

3.   There was reasonable cause for the posting of the

1

defendant real property, and for the commencement and prosecution
of this forfeiture action, and the Court may enter a Certificate
of Reasonable Cause pursuant to 28 U.S.C. § 2465.

Dated: May 11, 2010                    BENJAMIN B. WAGNER
                                       United States Attorney


                                  By:  /s/ Kristin S. Door

                                       KRISTIN S. DOOR
                                       Assistant U.S. Attorney
                                       Attorney for Plaintiff



DATED: 5/25/10                         /s/ Christopher Haydn-Myer
                                       CHRISTOPHER HAYDN-MYER
                                       Attorney for Claimant Frank W.
                                       Blue, Jr.



DATED: 5/14/10                         /s/ John Balazs
                                       JOHN BALAZS
                                       Attorney for Claimant Margaret
                                       Chavez-Blue



DATED: May 11, 2010                    ALLEN MATKINS LECK GAMBLE
                                       MALLORY & NATSIS, LLP


                                  By:  /s/ Timothy B. McGinity
                                       TIMOTHY B. McGINITY
                                       Attorney for Claimant
                                       OneWest Bank, F.S.B.

IT IS SO ORDERED.

Dated: May 27, 2010.

                                       LAWRENCE K. KARLTON
                                       SENIOR JUDGE
                                       UNITED STATES DISTRICT COURT

                                    2

<u>CERTIFICATE OF REASONABLE CAUSE</u>

Based upon the allegations set forth in the Complaint for Forfeiture *In Rem* filed May 6, 2008, and the Stipulation for Dismissal With Prejudice filed herewith, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the posting of the defendant real property, and for the commencement and prosecution of this forfeiture action.

Dated: May 27, 2010.


LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3